IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MICA M. MORGAN,**
on behalf of herself and all
others similarly situated,

       **Plaintiff,**

    v.                             Civil Action No. 3:14cv444

**LAKEVIEW LOAN SERVICING, LLC,**

       **Defendant.**

### LAKEVIEW LOAN SERVICING, LLC'S NOTICE
### OF WITHDRAWAL OF ITS MOTION TO DISMISS
### UNDER FED. R. CIV. P. 12(b)(1)

Defendant Lakeview Loan Servicing, LLC ("Lakeview"), by counsel, hereby submits to the Court its notice of withdrawal of its Motion to Dismiss Plaintiff Mica M. Morgan's ("Plaintiff") claim against Lakeview for lack of subject matter jurisdiction, ECF No. 43. Accordingly, Lakeview withdraws its motion while the parties continue to engage in discovery, reserving its right to refile the motion at a later time. Because of this withdrawal, Lakeview will not file a reply to Plaintiff's Memorandum in Opposition to Lakeview's Motion to Dismiss as previously noticed. *See* ECF No. 55.

Dated: February 6, 2015                        Respectfully submitted,

                                          **LAKEVIEW LOAN SERVICING, LLC**

                                          By: /s/ Jennifer E. Bowen
                                              Of Counsel

John C. Lynch (VSB # 39267)
David M. Gettings (VSB # 80394)
Jennifer E. Bowen (VSB #80149)
Counsel for Lakeview Loan Servicing, LLC
TROUTMAN SANDERS LLP
222 Central Park Ave., Suite 2000
Virginia Beach, Virginia 23462
Telephone No.: (757) 687-7765
Facsimile No.: (757) 687-1504
Email:  john.lynch@troutmansanders.com
Email:  david.gettings@troutmansanders.com
Email:  jennifer.bowen@troutmansanders.com

**CERTIFICATE OF SERVICE**

I certify that on the 6th day of February, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

**Counsel for Plaintiffs**
James W. Speer
Virginia Poverty Law Center
919 E. Main Street, Suite 610
Richmond, Virginia 23219
804-782-9430
804-649-094
Email: jay@vplc.org

Leonard A. Bennett
Susan M. Rotkis
Consumer Litigation Associates, P.C.
763 J Clyde Morris Boulevard, Suite 1A
Newport News, Virginia 23601
757-930-3660
757-930-3662
Email: lenbennett@clalegal.com
Email: srotkis@clalegal.com

Kristi C. Kelly
Andrew J. Guzzo
Kelly & Crandall, PLC
4084 University Drive, Suite 202A
Fairfax, VA 22030
703-424-7570
703-591-0167
Email: kkelly@kellyandcrandall.com
Email: aguzzo@kellycrandall.com

Dale Wood Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb St
Petersburg, VA 23803-3212
(804) 861-6000
Fax: (804) 861-3368
Email: dale@pittmanlawoffice.com

3

                /s/ Jennifer E. Bowen
Jennifer E. Bowen (VSB # 80149)
Counsel for Lakeview Loan Servicing, LLC
TROUTMAN SANDERS LLP
222 Central Park Ave., Suite 2000
Virginia Beach, Virginia 23462
Telephone No.: (757) 687-7581
Facsimile No.: (757) 687-1510
jennifer.bowen@troutmansanders.com

24678274v1